# United States Bankruptcy Court
Western District of North Carolina
ASHEVILLE/BRYSON CITY DIVISIONS

IN RE: CATHERINE JENNINGS CAMPBELL
11 PINEHURST RD
ASHEVILLE, NC 28805-2308

Case: 20-10306
Judge: George R. Hodges
Dated: 3/15/2021

SSN #1:XXX-XX-5450

## MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | BUNCOMBE COUNTY TAX COLL / PO BOX 3140 ASHEVILLE, NC 28802-3140 | None | | Not Filed .00 |
| 002 | CAPITAL ONE AUTO FINANCE / 4515 N SANTA FE AVE. DEPT. APS OKALAHOMA CITY, OK 73118 | 19,683.62 | 5.2500% From 10/30/2020 | Secured |
| 003 | CAPITAL ONE BANK (USA), N.A. / 4515 N. SANTA FE AVE OKLAHOMA CITY, OK 73118 | 9,754.46 | | Unsecured |
| 004 | CAPITAL ONE BANK (USA), N.A. / 4515 N. SANTA FE AVE OKLAHOMA CITY, OK 73118 | 7,443.11 | | Unsecured |
| 005 | CELTIC BANK / 268 S. STATE ST SUITE 300 / SALT LAKE CITY, UT 84111 | 18,535.08 | | Unsecured |
| 006 | CELTIC BANK / 268 S. STATE ST SUITE 300 / SALT LAKE CITY, UT 84111 | None | | Not Filed .00 |
| 007 | JPMORGAN CHASE BANK USA, N.A. / C/O NATIONAL BANKRUPTCY SERVICES P.O. BOX 9013 / ADDISON, TX 75001 | 2,900.84 | | Unsecured |
| 008 | RESURGENT CAPITAL SERVICES / FOR LVNV FUNDING, LLC PO BOX 10587 / GREENVILLE, SC 29603-0587 | 9,207.40 | | Unsecured |
| 009 | DELL FINANCIAL SERVICES, LP / C/O RESURGENT CAPITAL SERVICES PO BOX 10390 / GREENVILLE, SC 29603-0390 | 1,612.72 | | Unsecured |
| 010 | INTERNAL REVENUE SERVICE / P O BOX 7346 PHILADELPHIA, PA 19101-7346 | None | | Not Filed |
| 011 | NC DEPT OF REVENUE / P O BOX 1168 RALEIGH, NC 27602-0000 | None | | Not Filed |
| 012 | NELNET / PO BOX 82561 LINCOLN, NE 68501 | None | | Not Filed .00 |
| 013 | SWIFT FINANCIAL / 3505 SILVERSIDE RD SUITE 200 WILMINGTON, DE 19810 | 22,096.36 | | Unsecured |
| 014 | STRIPE CAPITAL PROGRAM / 510 TOWNSEND ST SAN FRANCISCO, CA 94103 | None | | Not Filed .00 |
| 015 | U S ATTORNEYS OFFICE / 100 OTIS ST ROOM 233 / ASHEVILLE, NC 28801 | None | | Notices .00 |

# United States Bankruptcy Court
Western District of North Carolina
ASHEVILLE/BRYSON CITY DIVISIONS

IN RE: CATHERINE JENNINGS CAMPBELL
11 PINEHURST RD
ASHEVILLE, NC 28805-2308

Case: 20-10306
Judge: George R. Hodges
Dated: 3/15/2021

SSN #1:XXX-XX-5450

## MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 016 | AIS PORTFOLIO SERVICES LP / ATTN: CAPITAL ONE AUTO FINANCE 4515 N SANTA FE AVE DEPT APS / OKLAHOMA CITY, OK 73118 | None | | Notices |
| | Total | 91,233.59 | | |
| | PATRICK T. WOOD THE FITZGERALD LAW FIRM 138 CHARLOTTE STREET, STE 207 ASHEVILLE, NC 28801 | 3,075.00 | | Debtor's Attorney |

Wherefore, the trustee respectfully requests that the Court grant his motion which has been served on the parties named above and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: 3/15/2021

David G. Gray
Standing Chapter 13 Trustee
81 Central Avenue
Asheville, NC 28801

Case No:   20-10306
Debtor:   CATHERINE JENNINGS CAMPBELL

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtor's confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you want to object to the classification  and/or  treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing, within thirty (30) days of the date of this notice at the following address:

>   CLERK, U S BANKRUPTCY COURT
>   Room 106
>   100 Otis Street
>   Asheville, NC 28801

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on _____4/20/2021_____ at 9:30 am at the following address:

>   Bankruptcy Courtroom
>   First Floor
>   100 Otis Street
>   Asheville, NC 28801

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

>   David G. Gray
>   Standing Chapter 13 Trustee
>   By:  DEBRA WARD

# United States Bankruptcy Court
Western District of North Carolina
ASHEVILLE/BRYSON CITY DIVISIONS

**IN RE:** CATHERINE JENNINGS CAMPBELL
11 PINEHURST RD
ASHEVILLE, NC 28805-2308

Case: 20-10306
Judge: George R. Hodges
Dated: 3/15/2021

SSN #1:XXX-XX-5450

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed on the foregoing Motion of Trustee for Determination of Status of Claims in Confirmed Plan by United States first class mail, postage prepaid on ___3/15/2021____

_____
DEBRA WARD