

FILED & JUDGMENT ENTERED
Steven T. Salata

May 12 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE/BRYSON CITY DIVISIONS

In re   Catherine Jennings Campbell        )
                                           )
                                           )      Chapter 13
                                           )      Case # 20-10306
                                           )
SS#  XXX-XX-5450                           )
     XXX-XX-                               )
                                           )
                                           )
              Debtor(s)                    )
                                           )

### ORDER GRANTING MOTION OF TRUSTEE FOR DETERMINATION OF STATUS OF CLAIMS IN CONFIRMED PLAN

This matter came before the Court upon the motion of the trustee in the above-referenced Chapter 13 case for determination of the status of all claims in the case for the purpose of providing for their payment in the debtors' confirmed plan. After timely notice of the trustee's motion to the parties whose names and addresses appear in the Motion for Determination of Status of Claims in Confirmed Plan, and providing an opportunity for hearing, and no objections having been filed, the Court now finds and concludes that the motion is appropriate and should be granted at this time.
-
Based upon the foregoing, **IT IS HERERBY ORDERED** that the trustee's motion is **GRANTED** and that all claims shall be classified and provided for payment in the debtors' confirmed plan as reported and set forth in the trustee's motion.

This Order has been signed electronically                    George R. Hodges
pursuant to administrative order of the Court.          United States Bankruptcy Judge
Effective as of date of entry.